FREDERICK J. KNOB, Respondent, v. WILLIAM CANELOS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

ISABELLE MARTIN, Respondent, v. DAVID GREENHAUS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JAMES MARTIN, Respondent, v. DAVID GREENHAUS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

RICHARD McKENNA, an Infant, by HUGH McKENNA, His Guardian ad Litem, Respondent, v. THE UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and THE EXPORT STEAMSHIP CORPORATION, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

HUGH McKENNA, Respondent, v. THE UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and THE EXPORT STEAMSHIP CORPORATION, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOHN MICHALICK, INC., Respondent, v. JULIUS HOLZER, Appellant.— Order denying motion to vacate order of arrest affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

ARTHUR J. MUENZEN and Others, etc., Respondents, Appellants, v. NOTAC BUILDING CORPORATION and Others, Appellants, Respondents. CHURCH-CATON CORPORATION, Defendant.— Judgment reversed upon the law, with costs to appellants, respondents, Notac Building Corporation and others; complaint dismissed, with costs to said appellants, respondents, and appeal of respondents, appellants, Arthur J. Muenzen and others dismissed, without costs. The agreement was not in fraud of creditors, nor in violation of section 15 of the Stock Corporation Law. Plaintiffs, with full knowledge of the agreement and what the contractors were to do thereunder, stood idly by for a long time while the contractors were expending large sums of money for the completion of the building operation. Equity will not give them relief. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur. Settle findings in accordance herewith on notice.

REBECCA ORLOFF, Respondent, v. SOLOMON FROMM and ELISE FROMM, Appellants, and Others, Defendants.— Order denying motion to vacate notice of examination of defendants Fromm before trial, as modified by said order, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.